# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156338-40 & (72)(74)

*In re* MJG, Minor.

SC: 156338
COA: 332928
Oakland CC Family Division:
2015-832895-AD

_____/

*In re* BGP, Minor.

SC: 156339
COA: 333700
Oakland CC Family Division:
2015-837535-AD

_____/

*In re* JSP, Minor.

SC: 156340
COA: 333813
Oakland CC Family Division:
2016-838283-AD

_____/

On order of the Court, the motion to strike the notice of intervention is considered, and it is GRANTED. There is no justiciable controversy because the losing parties did not file an application for leave to appeal and the Attorney General does not represent an aggrieved party. *Federated Ins Co v Oakland County Rd Comm*, 475 Mich 286 (2006). The application for leave to appeal is DISMISSED. The motion to extend time to file an answer is DISMISSED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2018



Clerk

s0228